UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES, as next friend of the minor child, O.B. and O.B., individually. | : | |
| Defendants. | : | |

**PRAECIPE SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED**

COMES NOW, the Plaintiff, by and through counsel, and hereby shows cause, pursuant to the Court's Order dated April 27, 2007, why the case should not be dismissed for failure to timely serve the Defendant.

Plaintiff attempted to serve the complaint using the last address in the student's educational records; however, the service processor informed the Plaintiff that the address was incorrect. Plaintiff has been able to obtain the correct address. However, the process server has been unable to serve the Defendant. The address for the Defendant is located in a gated community. When attempting to serve the complaint, the process server has, at times, been unable to gain access through the locked gates. On other occasions, the process server has been able to gain access through the gates, however the Defendant has not been home.

The Plaintiff is simultaneously filing a Motion for Extension of Time for Service of Process. Due to the continual diligent efforts made to serve the complaint and summons on the Defendant Brigitte Barnes, the Plaintiff requests that this Court not dismiss the case.

Respectfully submitted,

/s/
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (phone)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on this 25th day of May, 2007.

/s/
William E. Houston, Esq.
Counsel for the Plaintiff