UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| | : | |
| BRIGITTE BARNES, | : | |
| as next friend of the minor child, | : | |
| O.B. | : | |
| and | : | |
| O.B., individually. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**Plaintiff's Motion for Extension of Time for Service of Process**

Plaintiff respectfully requests this Court to grant additional time for service of the complaint and summons on the Defendant, Brigitte Barnes.

Plaintiff attempted to serve the complaint using the last address in the student's educational records; however, the service processor informed the Plaintiff that the address was incorrect. Plaintiff has been able to obtain the correct address. However, the process server has been unable to serve the Defendant. The address for the Defendant is located in a gated community. When attempting to serve the complaint, the process server has, at times, been unable to gain access through the locked gates. On other occasions, the process server has been able to gain access through the gates, however the Defendant has not been home. Plaintiff is therefore requesting an additional sixty days from the date of the Court's order to serve the complaint on Defendant Brigitte Barnes.

          Respectfully submitted,


\_\_\_\_/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (phone)
(703) 739-2323 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on this 25th day of May, 2007.


\_\_\_\_/s/_____
William E. Houston, Esq.
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES,<br>as next friend of the minor child,<br>O.B.<br>and<br>O.B., individually. | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Extension of Time for Service of Process, it is hereby

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the deadline for service of process on the defendant, Brigitte Barnes, is hereby extended to sixty days from the date of this Order.

_____                                                              _____
Date                                                                                              Emmet G. Sullivan
                                                                                                       United States District Judge