UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES, as next friend of the minor child, O.B. and O.B., individually. | : | |
| Defendants. | : | |
| _____ | : | |

**SECOND MOTION FOR EXTENSION OF TIME TO SERVE PROCESS**

COMES NOW, the Plaintiff, by and through counsel, and hereby requests that this honorable Court grant an extension of time for the Plaintiff to serve process on the Defendant.

Pursuant to the Court's Minute Order issued on 30 May 2007, the Plaintiff has until July 2, 2007 to serve the Defendant and show cause why the case should not be dismissed. As stated in the Plaintiff's Praecipe and Motion filed on 25 May 2007, the Plaintiff's process server is having difficulty locating the Defendant.

The address for the Defendant is located in a gated community. When attempting to serve the complaint, the process server has, at times, been unable to gain access through the locked gates. On other occasions, the process server has been able to gain access through the gates, however the Defendant has not been home. The process server has attempted service at various hours of the day, including 7:00am and 9:00pm on multiple occasions. However, on all attempts, there has been no answer at the Defendant's home. Despite its diligent efforts, the Plaintiff is not certain that process will be served by the Court's deadline of 2 July 2007.

WHEREFORE, the Plaintiff respectfully requests an additional sixty days from 2 July 2007 in which to serve the complaint on Defendant Brigitte Barnes.

Respectfully submitted,

\_\_\_/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (phone)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on this 22nd day of June, 2007.

\_\_\_/s/_____
William E. Houston, Esq.
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES,<br>as next friend of the minor child,<br>O.B.<br>and<br>O.B., individually. | : | |
| Defendants. | : | |

**ORDER**

Upon consideration of the Plaintiff's Second Motion for Extension of Time for Service of Process, it is hereby

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that the deadline for service of process on the defendant, Brigitte Barnes, is hereby extended to August 31, 2007.

_____                                              _____
Date                                                                            Emmet G. Sullivan
                                                                                     United States District Judge