AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

IDEA PUBLIC CHARTER SCHOOL )
        Plaintiff(s) ) **APPEARANCE**
)
)
        vs. ) CASE NUMBER 06-CV-1915
BRIGITTE BARNES, as next friend of the minor child, )
O.B., and O.B., individually. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Paul S. Dalton  as counsel in this
                        (Attorney's Name)

case for:  IDEA Public Charter School
            (Name of party or parties)

July 2, 2007
Date

_[signature]_
Signature

Paul S. Dalton
Print Name

439118
BAR IDENTIFICATION

1008 Pendleton Street
Address

Alexandria,   VA   22314
City   State   Zip Code

703-739-4300
Phone Number