UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES,<br>as next friend of the minor child,<br>O.B.<br>and<br>O.B., individually. | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

I, William E. Houston, am no longer affiliated with nor partnered with the law firm Dalton, Dalton & Houston, P.C. (now "Dalton & Dalton, P.C."). Therefore, I hereby withdraw my appearance as counsel for the Plaintiff in the above captioned case.

Respectfully Submitted,

___/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223