UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| | : | |
| BRIGITTE BARNES, | : | |
| as next friend of the minor child, | : | |
| O.B. | : | |
| and | : | |
| O.B., individually. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**SECOND PRAECIPE SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED**

COMES NOW, the Plaintiff, by and through counsel, and hereby shows cause, pursuant to the Court's Order dated May 30, 2007, why the case should not be dismissed for failure to timely serve the Defendant.

As the Plaintiff has previously represented to this honorable Court, the Plaintiff, through its process server, has made diligent attempts to serve the Defendant.  The address for the Defendant is located in a gated community.  When attempting to serve the complaint, the process server has, at times, been unable to gain access through the locked gates.   On other occasions, the process server has been able to gain access through the gates, however the Defendant has not been home.   Attached hereto is a Declaration of Reasonable Diligence by Special Process Server.

Due to the inability to personally serve the Defendant, the process server is serving the Defendant via certified mail pursuant to Fed. R. Civ. P. 4(e)(1) and D.C. Sup. Ct. Civ. R. 4(c)(3). The Plaintiff does not yet have a copy of the receipt of certified mailing but can provide it to this

Court once it receives it from the process server.

For the reasons stated above, and since the Defendant is being served via certified mail, the Plaintiff respectfully requests that this Court not dismiss the case pursuant to Fed. R. Civ. P. 4(m).

                Respectfully submitted,

                ____/s/_____
                Paul S. Dalton, Esq.
                D.C. Bar No. 439118
                Dalton & Dalton, P.C.
                1008 Pendleton Street
                Alexandria, Virginia 22312-5045
                (703) 739-4300 (phone)
                (703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 2nd day of July, 2007.

        ____/s/_____
        Paul S. Dalton, Esq.
        Counsel for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL

CASE NO: 1:06CV01915

VS.

BRIGITTE BARNES, AS NEXT FRIEND OF THE MINOR CHILD, O.B.

### DECLARATION OF REASONABLE DILIGENCE BY SPECIAL PROCESS SERVER

I, Cordis A. McCain, having been duly authorized to make the service of the process in the above entitled case, hereby depose and say:

That I am not a party to or otherwise interested in this suit.
That my age and date of birth are as follows: 61, 5/28/46.
That my business address is: 808B L STREET SE, WASHINGTON, DC 20003.

That I was unable to serve the within named DEFENDANT **BRIGETTE BARNES** on June 27, 2007 at 6:35 PM at DEFENDANT'S address of record: 2317 Good Hope Court SE, #203, Washington, DC 20020 and have returned unexecuted the Summons and Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form; that on June 29, 2007 at 10:45 AM, I returned this process unexecuted for the following reason(s):

The provided address is a gated community, unable to gain entry.

Attempts to serve this process were made as follows:
5/20/07 6:15PM, 5/21/07 9:00PM, 5/23/07 7:15AM, 6/2/07 10:00AM, 6/7/07 8:45AM, 6/18/07 5:30PM, 6/27/07 6:35PM

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

CORDIS A. MCCAIN
808B L Street, SE
Washington, DC 20003

Washington, the District of Columbia

Subscribed and sworn to before me this
29th day of June, 2007.

My Commission Expires: 10-31-2011