**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRIGITTE BARNES, *et al.*, )<br><br>Defendants. ) | Civil Action No. 06-1915(EGS) |

## ORDER

There is no evidence that service has been effected upon defendants and more than 120 days have elapsed since the filing of the complaint in this case.  Therefore, by order of this Court, plaintiff was directed to effect service by July 2, 2007, or show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  In its response on July 2, plaintiff failed to demonstrate that it had served defendants.  Therefore, it is by the Court hereby

**ORDERED** that pursuant to Rule 4(m), this case is **DISMISSED WITHOUT PREJUDICE.**  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 5, 2007**