# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Integrated Design and Electronics Academy Public Charter School
Plaintiff(s)

Case Number: 1:06CV01915

vs

Brigitte Barnes, as next friend of the minor child, O.B.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Rosanna Settles, hereby certify that on July 3, 2007 at 3:52 PM, I executed service of process upon **BRIGETTE BARNES** at 2317 Good Hope Court SE, #203, Washington, DC 20020, By Certified Mail, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 64 years of age, Date of Birth 3/10/43; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on July 6, 2007.

Date July 6, 2007.

*Rosanna Settles*
Rosanna Settles

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on July 6, 2007.

My Commission Expires: 11/30/2008

Ref.# 74630

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) BETTIE [illegible]
C. Date of Delivery 6/21/07

1. Article Addressed to:

Bridgett Barnes
2317 Good Hope Ct SE
Apt # 203
Washington, DC 20020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Postmark: ANACOSTIA STATION, WASHINGTON DC, JUL 6 2007]

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label)
7005 1820 0006 9053 9276

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540